

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

August 2, 2022

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Judge Sherry R. Fallon
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re: *Cipla USA, Inc. v. Ipsen Biopharmaceuticals, Inc.*, C.A. No. 22-552-VAC-SRF

Dear Judge Fallon:

      Plaintiff opposes Defendant's latest effort to delay this matter. We understood the Court's clear direction that the parties conduct a Rule 26(f) conference on or before August 8. On August 1, we relayed our understanding to Defendant and communicated our belief that further outreach to the Court was unnecessary.

      Counsel remain available at the Court's convenience.

                                               Respectfully,

                                               */s/ David E. Moore*

                                               David E. Moore

DEM:nmt/10285452/22153.00001

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via electronic mail)