# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CIPLA USA, INC.,

                Plaintiff,

      v.

IPSEN BIOPHARMACEUTICALS, INC.,

                Defendant.

C.A. No. 22-552-GBW-SRF

## ORDER

At Wilmington, Delaware this 21st day of February, 2024:

WHEREAS, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 177) on January 26, 2024;

WHEREAS, the Report and Recommendation recommends that the Court deny Plaintiff Cipla USA Inc.'s Motion to Dismiss (D.I. 88);

WHEREAS, no objections to the Report and Recommendation were filed;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Fallon;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 177) is **ADOPTED** and Plaintiff's Motion to Dismiss (D.I. 88) is **DENIED**.

 

_____
GREGORY B. WILLIAMS
U.S. DISTRICT JUDGE