# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIPLA USA, INC., | ) |
|     Plaintiff/Counterclaim Defendant, | ) ) ) C.A. No. 22-552-GBW-SRF |
| v. | ) ) ) |
| IPSEN BIOPHARMACEUTICALS, INC. | ) ) |
|     Defendant / Counterclaim Plaintiff. | ) |

## STIPULATION AND [PROPOSED] ORDER
## OF DISMISSAL WITH PREJUDICE

Plaintiff/Counterclaim Defendant Cipla USA, Inc. ("Cipla") and Defendant/ Counterclaim Plaintiff Ipsen Biopharmaceuticals, Inc. ("Ipsen") hereby stipulate and agree to the voluntary dismissal of the above-captioned matter in its entirety, with prejudice and with each party waiving any right it may have to seek an award of fees or costs from this Court. Accordingly, the Parties, by and through undersigned counsel, respectfully request that this Court enter an order dismissing this matter with prejudice.

<div style="display: flex;">

<div>

POTTER ANDERSON &
CORROON LLP

 /s/ Bindu A. Palpura
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

OF COUNSEL:

Brian Burgess
Katherine Cheng
GOODWIN PROCTER LLP
1900 N. Street, NW
Washington, DC 20036
Tel: (202) 346-4000

Robert D. Carroll
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000

Alexandra D. Valenti
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800

*Attorneys for Cipla USA, Inc.*

</div>

<div>

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 /s/ Jennifer M. Kinkus
Timothy Jay Houseal (No. 2880)
Jennifer M. Kinkus (No. 4289)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Telephone: (302) 571-6682
thouseal@ycst.com
jkinkus@ycst.com
swilson@ycst.com

OF COUNSEL:

Christopher T. Pickens
Thomas B. Hunt
HOGAN LOVELLS US LLP
8350 Broad Street, 17th Floor
Tysons, Virginia 22102
Tel: (703) 610-6100

Catherine E. Stetson
Susan M. Cook
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: (202) 637-5600

*Attorneys for Ipsen Biopharmaceuticals, Inc.*

</div>

</div>

2

**IT IS SO ORDERED**, this _____ day of December, 2024.

_____
Gregory B. Williams
U.S. District Court Judge